No. 941. UNITED STATES EX REL. LYNN *v.* DOWNER, COMMANDING OFFICER. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sec-

ond Circuit denied on the ground that the case is moot, it appearing that petitioner no longer is in respondent's custody, *United States ex rel. Innes* v. *Crystal,* 319 U. S. 755, and cases cited. *Messrs. Arthur Garfield Hays* and *Gerald Weatherly* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Chester T. Lane* and *Edward G. Jennings* for respondent. *Messrs. William H. Hastie, Thurgood Marshall,* and *Leon A. Ransom* filed a brief on behalf of the National Association for the Advancement of Colored People, as *amicus curiae,* in support of petitioner. ▮